

11-CV-05142-ORD

FILED _____ LODGED
_____ RECEIVED

FEB 22 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TWINSTAR CREDIT UNION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MISS NICKLE, Official Number 526859, her engines, tackle, apparel, furniture and appurtenances, In Rem; and MICHAEL SANDERSON, In Personam<br><br>Defendants. | IN ADMIRALTY<br><br>NO. C11-5142 BHS<br><br>ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST |

Upon the *ex parte* motion of plaintiff and after review of the records and files herein, it is

ORDERED that the Clerk may issue a warrant for the arrest of the defendant vessel Miss Nickle, Official Number 526859.

DATED this _22nd_ day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Brian C. Read
Brian C. Read       WSBA 34091
SIDERIUS, LONERGAN & MARTIN, LLP
Attorneys for Plaintiff

ORDER AUTHORIZING ISSUANCE OF WARRANT - 1

SIDERIUS LONERGAN & MARTIN, LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805