UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TWINSTAR CREDIT UNION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MISS NICKLE, Official Number 526859, her engines, tackle, apparel, furniture and appurtenances, In Rem; and MICHAEL SANDERSON, In Personam | IN ADMIRALTY<br><br>NO. C11-5142 BHS<br><br>JUDGMENT *IN REM* FORECLOSING PREFERRED MARINE MORTGAGE AND ORDER OF SALE<br><br>[PROPOSED] |

THIS MATTER having come on regularly upon the motion of plaintiff, and the Court, having considered the records and files herein and the affidavit of counsel submitted with the motion, and an Order of Default having been entered, now makes the following findings:

1. Plaintiff is entitled to Judgment In Rem Foreclosing Preferred Marine Mortgage and Order of Sale against defendant vessel, no answer or statement of right or interest having been filed; and

2. Plaintiff's claim under its preferred marine mortgage is superior to that of any other claimant.

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the preferred marine mortgage on the Miss Nickle, Official Number 526859, her engines, tackle, apparel, furniture and equipment, in favor of TwinStar Credit Union, is foreclosed; and

JUDGMENT *IN REM*
FORECLOSING PREFERRED MARINE - 1.

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that TwinStar Credit Union shall have judgment against Miss Nickle, Official Number 526859, her engines, tackle, apparel, furniture and equipment *In Rem* for $376,815.46, plus interest at the rate of 8.5% per year from February 18, 2011 through the date of entry of this judgment, plus attorneys' fees and costs and administrative expenses as subsequently approved by the Court; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the judgment granted shall bear interest at the federal rate from the date of granting of this judgment until paid; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the U.S. Marshal shall, pursuant to the rules of the United States District Court for the Western District of Washington, cause the Miss Nickle, Official Number 526859, her engines, tackle, apparel, furniture and equipment, to be condemned and sold at public auction to the highest and best bidder, the sale to be held alongside the vessel on a date and at a time satisfactory to the U.S. Marshal to be determined after entry of this Order; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that at such sale, TwinStar Credit Union, plaintiff, is authorized to bid in any part of the judgment and accrued interest here awarded without cash deposit, and that, in the event the bid of TwinStar Credit Union, plaintiff, is the highest and best bid, the amount of such bid shall be credited on the judgment here awarded; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the U.S. Marshal shall deposit the proceeds of the sale, if any, in the Registry of the Court and the Clerk shall, after having paid all costs and administrative expenses as approved by subsequent Order, pay to TwinStar Credit Union, plaintiff, so much of the balance remaining as is necessary to satisfy the judgment here awarded, and the clerk shall retain the remainder of the proceeds, if any, in the Registry of the Court subject to further Order.

DATED this 19th day of October, 2011.

JUDGMENT *IN REM*
FORECLOSING PREFERRED MARINE - 2.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_____
Brian C. Read, of
SIDERIUS, LONERGAN & MARTIN, LLP
Attorneys for Plaintiff
WSBA #34091

Approved as to form; Notice of presentation waived:

_____
David C. Smith, of
LAW OFFICES OF DAVID SMITH, PLLC
Attorney for Defendants
WSBA #29824

Approved by:

_____
for U.S. Marshal
Western District of Washington

JUDGMENT *IN REM*
FORECLOSING PREFERRED MARINE - 3.